◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES DUDLEY, Appellant. [54 NYS3d 297]—Appeal by the de-

fendant from a judgment of the Supreme Court, Queens County (Holder, J.), rendered October 6, 2014, convicting him of manslaughter in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his contention that he was deprived of a fair trial due to improper remarks made by the trial court to prospective jurors during voir dire (see CPL 470.05 [2]; People v Cunningham, 119 AD3d 601 [2014]). Contrary to the defendant's contention, the court's alleged misconduct did not constitute a mode of proceedings error exempting him from the rules of preservation (see People v Brown, 7 NY3d 880, 881 [2006]; People v Cunningham, 119 AD3d at 601-602; People v Casanova, 62 AD3d 88, 91-92 [2009]; People v McDuffie, 270 AD2d 362 [2000]). In any event, the court's remarks to the prospective jurors, while inappropriate, did not deprive the defendant of a fair trial (see People v Mason, 132 AD3d 777, 779 [2015]; People v Daniel, 37 AD3d 731, 732 [2007]; People v Alston, 225 AD2d 453, 454 [1996]).

The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]). Rivera, J.P., Leventhal, Austin and Cohen, JJ., concur.